**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**VON SMITH** | **CIVIL ACTION**

**VERSUS** | **NO. 17-4892**

**ENTERPRISE MARINE SERVICES, LLC** | **SECTION "L" (4)**

**JURY VERDICT FORM**

1. Do you find, by a preponderance of the evidence, that Enterprise Marine Services LLC was negligent <u>and</u> that such negligence was a cause, in whole or in part, of Von Smith's alleged injuries?

**YES** ✓ **NO**________

➢ *Please proceed to Question 2.*

2. Do you find, by a preponderance of the evidence, that the *M/V DIANE* and the barges were unseaworthy <u>and</u> that such unseaworthiness was a proximate cause of Von Smith's alleged injuries?

**YES**________ **NO** ✓

➢ *If you answered "YES" to Question 1 or Question 2, please proceed to Question 3.*

➢ *If you answered "NO" to both Question 1 and Question 2, please date and sign the verdict form, and inform the U.S. Marshal that the Jury has reached a verdict.*

3. Do you find, by a preponderance of the evidence, that Von Smith was negligent, <u>and</u> that his negligence was a cause, in whole or in part, of his alleged injuries?

**YES** ✓ **NO**________

➢ *If you answered "YES" to Question 3, please proceed to Question 4.*

➢ *If you answered "NO" to question 3, please proceed to Question 5.*

4. Please allocate a percentage of liability to each party you have found to be negligent and whose negligence was a cause of Von Smith's injuries.

**a) Enterprise Marine Services, LLC** 50 %

**b) Von Smith** 50 %

➢ *The total must equal 100%.*

➢ *Please proceed to Question 5.*

5. What amount, if any, do you find will fairly and adequately compensate Von Smith for his injuries?

**a) Past and future pain and suffering and resulting mental anguish** $ 350,000.00

**b) Future medical expenses** $ 50,000.00

**c) Loss of past wages** $ 25,000.00

**d) Loss of future earning capacity** $ Ø

➢ *Do not make adjustments in damage amounts for the contributory negligence, if any, of Von Smith. The Court will make the adjustments, if necessary.*

➢ *Please date and sign the verdict form, and inform the U.S. Marshal that the Jury has reached a verdict.*

New Orleans, Louisiana, this 19th day of April, 2018.

JURY FOREPERSON