**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VON SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4892** |
| **ENTERPRISE MARINE SERVICES, LLC** | **SECTION: L (4)** |

**JUDGMENT ON JURY VERDICT**

This action was tried by a jury with Judge Eldon E. Fallon presiding. On April 19, 2018, the jury rendered its verdict and found that Plaintiff Von Smith and Defendant, Enterprise Marine Services, LLC, were both negligent with respect to Plaintiff's accident on March 10, 2017. The jury allocated equal liability and negligence to both Plaintiff Von Smith and Defendant Enterprise Marine Services, LLC, as the legal cause of Plaintiff's injuries. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Von Smith, and against Defendant Enterprise Marine Services, LLC, in the amount of **TWO-HUNDRED TWELVE-THOUSAND FIVE-HUNDRED DOLLARS AND 00/100 ($212,500.00) DOLLARS.** The jury awarded the Plaintiff a total of $425,000.00 in damages, including $350,000.00 for past and future pain and suffering and resulting mental anguish; $50,000.00 for future medical expenses and $25,000.00 for loss of past wages. However, the jury found that the Plaintiff was comparatively negligent, with the Plaintiff 50% at fault and the Defendant 50% at fault. Thus, the final amount of $212,500.00 is awarded to the Plaintiff, which represents a 50% reduction of the total damages and award.

Furthermore, both parties have stipulated that the Defendant previously made short-term disability payments to the Plaintiff in the amount of $29,892.00. These payments may be reduced

from the final amount awarded above, in some capacity, at a future date, after the Court confers with counsel for both parties, at which time the Court may enter an amended judgment.

New Orleans, Louisiana, this 24th day of April, 2018.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**