**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VON SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4892** |
| **ENTERPRISE MARINE SERVICES, LLC** | **SECTION: L (4)** |

**AMENDED JUDGMENT ON JURY VERDICT**

**IT IS ORDERED, ADJUDGED AND DECREED** that the judgment issued in favor of Plaintiff Von Smith, and against Defendant Enterprise Marine Services, LLC, on April 24, 2018, (Rec. Doc. 71), is AMENDED to reflect that the judgment award of $212,500.00 is hereby reduced by $29,892.00 for payments that Plaintiff has already received. Therefore, the final amended award is **$182,608.00**.

New Orleans, Louisiana, this 2nd day of May, 2018.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**